USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :
ZORAIDA MERCED,                                  :

                     Plaintiff,               :         15-CV-9883 (JMF)

        -v-                             :       <u>MEDIATION REFERRAL</u>
                                               :              <u>ORDER</u>
WAL-MART STORES EAST, LP,        :

               Defendant.           :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

     SO ORDERED.

Dated: March 10, 2016
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge